Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Kent N. Shum (SBN 259,189)
kent.shum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | Civil Action No. **'16CV0741 AJB DHB** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

COMPLAINT

Plaintiff Oakley, Inc. ("Oakley") hereby complains of Treasure Franchise Company, LLC ("Defendant") and alleges as follows:

## I. <u>JURISDICTION</u>

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, as it arises under the patent laws of the United States.

2.     This Court has personal jurisdiction over Defendant because Defendant has a continuous, systematic, and substantial presence within this judicial district including by selling and offering for sale infringing products in this judicial district, and by committing acts of patent infringement in this judicial district, including but not limited to selling infringing eyewear directly to consumers and/or retailers in this district and selling into the stream of commerce knowing such products would be sold in California and this district, which acts form a substantial part of the events or omissions giving rise to Oakley's claim.

3.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (d).

## II. <u>THE PARTIES</u>

4.     Oakley is a corporation organized and existing under the laws of the State of Washington, having its principal place of business at One Icon, Foothill Ranch, California 92610.

5.     Oakley is informed and believes, and thereon alleges, that Defendant Treasure Franchise Company, LLC is a company organized and existing under the laws of the State of Delaware, having its principal place of business at 19100 Ridgewood Parkway, San Antonio, Texas 78259.

6.     Oakley is informed and believes, and thereon alleges, that Defendant has committed the acts alleged herein within this judicial district.

/ / /

### III.  GENERAL ALLEGATIONS

7.     Oakley is one of the world's most iconic brands.  The company and its products, particularly in the realm of eyewear, are instantly and universally recognized for their innovative technology and distinctive style.   Since its founding, Oakley's engineers and designers have worked continuously to bring new technology and breakthrough designs to the market.

8.     Oakley has been actively engaged in the manufacture and sale of high quality eyewear since at least 1985.  Oakley is the manufacturer and retailer of several lines of eyewear that have enjoyed substantial success and are protected by various intellectual property rights owned by Oakley.

9.     On October 22, 2013, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D692,047 ("the D047 Patent"), titled "EYEGLASS."  Oakley is the owner by assignment of all right, title, and interest in the D047 Patent.  A true and correct copy of the D047 Patent is attached hereto as Exhibit A.

10.    On February 23, 2010, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D610,604 ("the D604 Patent"), titled "EYEGLASS AND EYEGLASS COMPONENTS." Oakley is the owner by assignment of all right, title, and interest in the D604 Patent.   A true and correct copy of the D604 Patent is attached hereto as Exhibit B.

11.    On June 1, 2010, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D616,919 ("the D919 Patent"), titled "EYEGLASS FRONT."  Oakley is the owner by assignment of all right, title, and interest in the D919 Patent.  A true and correct copy of the D919 Patent is attached hereto as Exhibit C.

/ / /

/ / /

12.     On August 3, 2010, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D620,970 ("the D970 Patent"), titled "EYEGLASS COMPONENT."   Oakley is the owner by assignment of all right, title, and interest in the D970 Patent.  A true and correct copy of the D970 Patent is attached hereto as Exhibit D.

13.     On November 29, 2011, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D649,579 ("the D579 Patent"), titled "EYEGLASS."  Oakley is the owner by assignment of all right, title, and interest in the D579 Patent.  A true and correct copy of the D579 Patent is attached hereto as Exhibit E.

14.     On December 11, 2007, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D557,326 ("the D326 Patent"), titled "EYEGLASS COMPONENTS."  Oakley is the owner by assignment of all right, title, and interest in the D326 Patent.  A true and correct copy of the D326 Patent is attached hereto as Exhibit F.

15.     On June 5, 2012, the United States Patent and Trademark Office duly and lawfully issued United States Design Patent No. D661,339 ("the D339 Patent"), titled "EYEGLASS."  Oakley is the owner by assignment of all right, title, and interest in the D339 Patent.  A true and correct copy of the D339 Patent is attached hereto as Exhibit G.

16.     The D047 Patent, the D604 Patent, the D919 Patent, the D970 Patent, the D579 Patent, the D326 Patent, and the D339 Patent are hereinafter collectively referred to as the "Asserted Patents."

17.     Oakley has provided the public with constructive notice of its patent rights pursuant to 35 U.S.C. § 287.

18.     Defendant manufactures, uses, sells, offers for sale, and/or imports into the United States eyewear that infringes Oakley's intellectual property rights.

- 3 -                          COMPLAINT

19.    Defendant's acts complained of herein have caused Oakley to suffer irreparable injury to its business.   Oakley will continue to suffer substantial loss unless and until Defendant is preliminarily and permanently enjoined from its wrongful actions complained of herein.

## IV.  CLAIM FOR RELIEF
(Patent Infringement – 35 U.S.C. § 271)

20.    Oakley repeats and re-alleges the allegations of paragraphs 1–19 of this Complaint as if set forth fully herein.

21.    This is a claim for patent infringement under 35 U.S.C. § 271.

22.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D047 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claim of the D047 Patent, including for example, Defendant's eyewear model MD3072-RV as shown below, which was sold and/or offered for sale at the ARCO AMPM store located at 29080 Portola Parkway, Lake Forest, California 92630.

| Accused Product | Oakley's Patent |
|---|---|
| MD3072-RV | U.S. Patent No. D692,047 |
|  |  |

23.    Defendant's acts of infringement of the D047 Patent were undertaken without permission or license from Oakley.   Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed

in the D047 Patent.  Oakley and its iconic designs are well-known throughout the eyewear industry, and Defendant's eyewear model MD3072-RV is a nearly identical copy of Oakley's design.  Accordingly, Defendant's actions constitute willful and intentional infringement of the D047 Patent.  Defendant infringed the D047 Patent with reckless disregard of Oakley's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D047 Patent.  Defendant's acts of infringement of the D047 Patent were not consistent with the standards of commerce for its industry.

24.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D604 Patent, the D919 Patent, and the D970 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claims of the D604 Patent, the D919 Patent, and the D970 Patent, including for example, Defendant's eyewear model JR Optics 7306CW as shown below, which was sold and/or offered for sale at the ARCO AMPM store located at 27402 Antonio Parkway, Ladera Ranch, California 92694.

| Accused Product | Oakley's Patent |
|---|---|
| JR Optics 7306CW | U.S. Patent No. D610,604 |
|  |  |



U.S. Patent No. D616,919

U.S. Patent No. D620,970

25.    Defendant's acts of infringement of the D604 Patent, the D919 Patent, and the D970 Patent were undertaken without permission or license from Oakley.   Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed in the D604 Patent, the D919 Patent, and the D970 Patent.   Oakley and its iconic designs are well-known throughout the eyewear industry, and Defendant's eyewear model JR Optics 7306CW is a nearly identical copy of Oakley's design.   Accordingly, Defendant's actions constitute willful and intentional infringement of the D604 Patent, the D919 Patent, and the D970 Patent.   Defendant infringed the D604 Patent, the D919 Patent, and the D970 Patent with reckless disregard of Oakley's patent rights. Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D604 Patent, the D919 Patent, and the D970 Patent.   Defendant's acts of infringement of the D604 Patent, the D919

Patent, and the D970 Patent were not consistent with the standards of commerce for its industry.

26.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D604 Patent and the D919 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claims of the D604 Patent and the D919 Patent, including for example, Defendant's eyewear model JR Optics 314L as shown below, which was sold and/or offered for sale at the ARCO AMPM store located at 27402 Antonio Parkway, Ladera Ranch, California 92694.

| Accused Product | Oakley's Patent |
|---|---|
| JR Optics 314L | U.S. Patent No. D610,604 |
|  |  |
| | U.S. Patent No. D616,919 |
| |  |

COMPLAINT

27.    Defendant's acts of infringement of the D604 Patent and the D919 Patent were undertaken without permission or license from Oakley.  Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed in the D604 Patent and the D919 Patent.  Oakley and its iconic designs are well-known throughout the eyewear industry, and Defendant's eyewear model JR Optics 314L is an obvious knockoff of Oakley's design.   Accordingly, Defendant's actions constitute willful and intentional infringement of the D604 Patent and the D919 Patent.  Defendant infringed the D604 Patent and the D919 Patent with reckless disregard of Oakley's patent rights.   Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D604 Patent and the D919 Patent.  Defendant's acts of infringement of the D604 Patent and the D919 Patent were not consistent with the standards of commerce for its industry.

28.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D579 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claim of the D579 Patent, including for example, Defendant's eyewear model JR Optics 318L as shown below, which was sold and/or offered for sale at the ARCO AMPM store located at 27402 Antonio Parkway, Ladera Ranch, California 92694.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 8 -                                           COMPLAINT

| Accused Product | Oakley's Patent |
|---|---|
| JR Optics 318L | U.S. Patent No. D649,579 |
|  |  |

29.     Defendant's acts of infringement of the D579 Patent were undertaken without permission or license from Oakley.  Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed in the D579 Patent.  Oakley and its iconic designs are well-known throughout the eyewear industry, and Defendant's eyewear model JR Optics 318L is a nearly identical copy of Oakley's design.  Accordingly, Defendant's actions constitute willful and intentional infringement of the D579 Patent.  Defendant infringed the D579 Patent with reckless disregard of Oakley's patent rights. Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D579 Patent.  Defendant's acts of infringement of the D579 Patent were not consistent with the standards of commerce for its industry.

30.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D326 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claim of the D326 Patent, including for example, Defendant's eyewear model JR Optics 311L as shown below, which was sold and/or offered

///

for sale at the ARCO AMPM store located at 27402 Antonio Parkway, Ladera Ranch, California 92694.

| Accused Product | Oakley's Patent |
|---|---|
| JR Optics 311L | U.S. Patent No. D557,326 |
|  |  |

31.   Defendant's acts of infringement of the D326 Patent were undertaken without permission or license from Oakley.  Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed in the D326 Patent.  Oakley and its iconic designs are well-known throughout the eyewear industry, and the stems of Defendant's eyewear model JR Optics 311L is an obvious knockoff of Oakley's design.  Accordingly, Defendant's actions constitute willful and intentional infringement of the D326 Patent. Defendant infringed the D326 Patent with reckless disregard of Oakley's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D326 Patent. Defendant's acts of infringement of the D326 Patent were not consistent with the standards of commerce for its industry.

32.   Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the D339 Patent by making, using, selling, offering for sale, and/or importing eyewear having a design that would appear to an ordinary observer to be substantially similar to the claim of the D339 Patent, including for example, Defendant's

eyewear model JR Optics Dxtreme – DXT5318/CM as shown below, which was sold and/or offered for sale at the ARCO AMPM store located at 27402 Antonio Parkway, Ladera Ranch, California 92694.

| Accused Product | Oakley's Patent |
| --- | --- |
| JR Optics Dxtreme – DXT5318/CM | U.S. Patent No. D661,339 |
|  |  |

33.    Defendant's acts of infringement of the D339 Patent were undertaken without permission or license from Oakley.  Upon information and belief, Defendant had actual knowledge of Oakley's rights in the design claimed in the D339 Patent.  Oakley and its iconic designs are well-known throughout the eyewear industry, and Defendant's eyewear model JR Optics Dxtreme – DXT5318/CM is a nearly identical copy of Oakley's design.  Accordingly, Defendant's actions constitute willful and intentional infringement of the D339 Patent.  Defendant infringed the D339 Patent with reckless disregard of Oakley's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the D339 Patent.  Defendant's acts of infringement of the D339 Patent were not consistent with the standards of commerce for its industry.

34.    As a direct and proximate result of Defendant's patent infringement, Defendant has derived and received gains, profits, and advantages in an amount not presently known to Oakley.

/ / /

35.     Pursuant to 35 U.S.C. § 284, Oakley is entitled to damages for Defendant's infringing acts and treble damages together with interests and costs as fixed by this Court.

36.     Pursuant to 35 U.S.C. § 289, Oakley is entitled to Defendant's total profits from the sale of eyewear that infringe Oakley's patent rights.

37.     Pursuant to 35 U.S.C. § 285, Oakley is entitled to reasonable attorneys' fees for the necessity of bringing this claim.

38.     Due to the aforesaid infringing acts, Oakley has suffered great and irreparable injury, for which Oakley has no adequate remedy at law.

39.     Defendant will continue to directly and/or indirectly infringe Oakley's patent rights to the great and irreparable injury of Oakley, unless enjoined by this Court.

**WHEREFORE**, Oakley prays for judgment in its favor against Defendant for the following relief:

A.     An Order adjudging Defendant to have willfully infringed the Asserted Patents under 35 U.S.C. § 271;

B.     A preliminary and permanent injunction enjoining Defendant, its respective officers, directors, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendant, from directly or indirectly infringing the Asserted Patents in violation of 35 U.S.C. § 271;

C.     That Defendant accounts for all gains, profits, and advantages derived by Defendant's infringement of the Asserted Patents in violation of 35 U.S.C. § 271, and that Defendant pays to Oakley all damages suffered by Oakley and/or Defendant's total profit from such infringement pursuant to 35 U.S.C. § 289;

D.     An Order for a trebling of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284;

E.     An Order adjudging that this is an exceptional case;

F.     An award to Oakley of the attorney fees, expenses, and costs incurred by Oakley in connection with this action pursuant to 35 U.S.C. § 285;

G.     An award of pre-judgment and post-judgment interest and costs of this action against Defendant; and

H.     Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 29, 2016          By: */s/ Ali S. Razai*
                                   Michael K. Friedland
                                   michael.friedland@knobbe.com
                                   Lauren Keller Katzenellenbogen
                                   lauren.katzenellenbogen@knobbe.com
                                   Ali S. Razai
                                   ali.razai@knobbe.com
                                   Kent N. Shum
                                   kent.shum@knobbe.com

                                   Attorneys for Plaintiff Oakley, Inc.

## **DEMAND FOR JURY TRIAL**

Plaintiff Oakley, Inc. hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 29, 2016     By: */s/ Ali S. Razai*
                                        Michael K. Friedland
                                        michael.friedland@knobbe.com
                                        Lauren Keller Katzenellenbogen
                                        lauren.katzenellenbogen@knobbe.com
                                        Ali S. Razai
                                        ali.razai@knobbe.com
                                        Kent N. Shum
                                        kent.shum@knobbe.com

Attorneys for Plaintiff Oakley, Inc.

# **TABLE OF EXHIBITS**

**Page #**

Exhibit A.................................................................................................................1

Exhibit B.................................................................................................................7

Exhibit C...............................................................................................................12

Exhibit D...............................................................................................................16

Exhibit E...............................................................................................................22

Exhibit F...............................................................................................................27

Exhibit G...............................................................................................................33

# EXHIBIT A

US00D692047S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D692,047 S**
Shin    (45) **Date of Patent:**    ** **Oct. 22, 2013**

(54) **EYEGLASS**

(71) Applicant: **Oakley, Inc.**, Foothill Ranch, CA (US)

(72) Inventor: **Jae Shin**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/444,586**

(22) Filed: **Jan. 31, 2013**

(51) **LOC (9) Cl.** .................................................. **16-06**
(52) **U.S. Cl.**
    USPC .......................... **D16/325**; D16/326; D16/335
(58) **Field of Classification Search**
    USPC ........ D16/101, 300–342, 900; D29/109–110;
        351/41, 44, 51–52, 62, 158, 92,
        351/103–123, 140–153, 45–46; 2/426–432,
        2/447–449, 441, 434–437, 13, 15;
        D21/483, 659–661; D14/372
    See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D547,793 | S | 7/2007 | Baden et al. |
| D547,794 | S | 7/2007 | Jannard et al. |
| D548,269 | S | 8/2007 | Baden et al. |
| D556,246 | S | 11/2007 | Yee |
| D556,818 | S | 12/2007 | Jannard et al. |
| D558,816 | S | 1/2008 | Yee |
| D561,812 | S | 2/2008 | Fox et al. |
| D561,813 | S | 2/2008 | Baden et al. |
| D564,572 | S | 3/2008 | Yee et al. |
| D565,088 | S | 3/2008 | Baden et al. |
| D565,089 | S | 3/2008 | Baden et al. |
| D572,747 | S | 7/2008 | Baden et al. |
| D572,749 | S | 7/2008 | Yee |
| D573,172 | S | 7/2008 | Baden et al. |
| D575,323 | S | 8/2008 | Jannard et al. |
| D577,759 | S | 9/2008 | Yee |
| D581,449 | S | 11/2008 | Yee |

| | | | |
|---|---|---|---|
| D581,450 | S | 11/2008 | Yee |
| D583,404 | S | 12/2008 | Baden et al. |
| D584,335 | S | 1/2009 | Baden et al. |
| D599,838 | S | 9/2009 | Rohrbach |
| D599,839 | S | 9/2009 | Rohrbach |
| D601,603 | S | 10/2009 | Yee |
| D604,757 | S | 11/2009 | Yee |
| D604,758 | S | 11/2009 | Rohrbach et al. |
| D604,759 | S | 11/2009 | Rohrbach et al. |
| D607,040 | S | 12/2009 | Rohrbach |
| D610,604 | S | 2/2010 | Thixton |
| D615,580 | S | 5/2010 | Baden et al. |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/427,769, filed Jul. 23, 2012, Shin.

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57)    **CLAIM**

The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass showing my new design in which the different shading techniques including the line shading in some areas and the stippling in other areas of the eyeglass represent a contrast in appearance, and is not intended to represent any specific color, texture and/or material;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof;
The broken lines in the Figures show portions of the eyeglass which form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**Exhibit A**
**Page 1**

## US D692,047 S

Page 2

(56)                References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D620,970 S | | 8/2010 | Thixton |
| 7,954,942 B2 | | 6/2011 | Calilung et al. |
| D645,076 S | * | 9/2011 | Markovitz et al. ........... D16/326 |
| D648,771 S | | 11/2011 | Rohrbach |
| D650,825 S | * | 12/2011 | Yee et al. ................... D16/326 |
| D652,442 S | | 1/2012 | Yee et al. |

| | | | |
|---|---|---|---|
| D653,699 S | | 2/2012 | Shin |
| D654,530 S | * | 2/2012 | Markovitz et al. ........... D16/326 |
| D659,181 S | | 5/2012 | Moritz |
| D659,182 S | | 5/2012 | Shin et al. |
| D662,124 S | | 6/2012 | Shin |
| D662,967 S | * | 7/2012 | Shin ............................. D16/326 |
| D664,183 S | * | 7/2012 | Stepan et al. ............... D16/309 |
| D665,009 S | * | 8/2012 | Nibauer et al. ............. D16/326 |
| D676,479 S | * | 2/2013 | Yoo .............................. D16/326 |

* cited by examiner

**Exhibit A**
**Page 2**



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



*FIG. 5*

# FIG. 6



# EXHIBIT B

US00D610604S

(12) **United States Design Patent**   (10) **Patent No.:**   **US D610,604 S**
Thixton                                   (45) **Date of Patent:**   ** **Feb. 23, 2010**

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventor:   **Lek Thixton**, Eastsound, WA (US)

(73) Assignee:   **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term:   **14 Years**

(21) Appl. No.:   **29/315,956**

(22) Filed:   **Aug. 10, 2009**

(51) **LOC (9) Cl.**   ................................................ **16-06**
(52) **U.S. Cl.**   ..................................... **D16/326**; D16/335
(58) **Field of Classification Search** ............... D16/101,
D16/300–342; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–123,
351/140, 153, 45–46, 157;  2/426–432, 447–449,
2/441, 434–437, 13, 15;  D21/483, 659–661
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D204,812 | S | 5/1966 | Shindler |
| D210,418 | S | 3/1968 | Bloch |
| D377,803 | S | 2/1997 | Wilson |
| D378,375 | S | 3/1997 | Tsai |
| D390,589 | S | 2/1998 | Simioni |
| D397,351 | S | 8/1998 | Simioni |
| D400,230 | S | 10/1998 | Arnette |
| D406,858 | S | 3/1999 | Arnette |
| D411,560 | S | 6/1999 | Arnette |
| D415,515 | S | 10/1999 | Arnette et al. |
| D420,035 | S | 2/2000 | Hartman |
| D422,010 | S | 3/2000 | Arnette |
| D430,591 | S | 9/2000 | Arnette |
| D488,499 | S | 4/2004 | Mage |
| D500,781 | S | 1/2005 | Mage |

| | | | | |
|---|---|---|---|---|
| D534,573 | S | | 1/2007 | Mage |
| D536,027 | S | | 1/2007 | Paulson |
| D539,830 | S | | 4/2007 | Saderholm et al. |
| D547,794 | S | | 7/2007 | Jannard et al. |
| D550,272 | S | | 9/2007 | Markovitz |
| D552,665 | S | | 9/2007 | Mage |
| D554,689 | S | | 11/2007 | Jannard et al. |
| D556,818 | S | | 12/2007 | Jannard et al. |
| D558,816 | S | | 1/2008 | Yee |
| D561,810 | S | | 2/2008 | Fox et al. |
| D575,813 | S | * | 8/2008 | Li ............................ D16/326 |
| D594,052 | S | * | 6/2009 | Yang ...................... D16/326 |
| D599,838 | S | * | 9/2009 | Rohrbach ................. D16/326 |
| D604,757 | S | * | 11/2009 | Yee ......................... D16/326 |
| D604,759 | S | * | 11/2009 | Rohrbach et al. .......... D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)                **CLAIM**

The ornamental design for an eyeglass and eyeglass components, as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image view thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT B**
**Page 7**



*FIG. 1*



**FIG. 2**

**FIG. 3**

**FIG. 4**

Case 3:16-cv-00741-CAB-NLS   Document 1   Filed 03/29/16   PageID.28   Page 28 of 60



*FIG. 5*



*FIG. 6*

# EXHIBIT C

US00D616919S

(12) **United States Design Patent**   (10) Patent No.:      **US D616,919 S**
    Thixton                             (45) Date of Patent:   **     Jun. 1, 2010**

(54) **EYEGLASS FRONT**

(75) Inventor:   **Lek Thixton**, Eastsound, WA (US)

(73) Assignee:   **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term:   **14 Years**

(21) Appl. No.: **29/348,087**

(22) Filed:   **Nov. 25, 2009**

**Related U.S. Application Data**

(62) Division of application No. 29/315,956, filed on Aug. 10, 2009, now Pat. No. Des. 610,604.

(51) **LOC (9) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ............................................. **D16/326**
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153, 45–46; 2/426–432, 447–449, 2/441, 436, 434–437, 13, 15; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D204,812 | S | 5/1966 | Shindler |
| D210,418 | S | 3/1968 | Bloch |
| D377,803 | S | 2/1997 | Wilson |
| D378,375 | S | 3/1997 | Tsai |
| D390,589 | S | 2/1998 | Simioni |
| D397,351 | S | 8/1998 | Simioni |
| D400,230 | S | 10/1998 | Arnette |
| D406,858 | S | 3/1999 | Arnette |
| D411,560 | S | 6/1999 | Arnette |
| D415,515 | S | 10/1999 | Arnette et al. |
| D420,035 | S | 2/2000 | Hartman |

| | | | | |
|---|---|---|---|---|
| D422,010 | S | 3/2000 | Arnette | |
| D430,591 | S | 9/2000 | Arnette | |
| D488,499 | S | 4/2004 | Mage | |
| D500,781 | S | 1/2005 | Mage | |
| D534,573 | S | 1/2007 | Mage | |
| D536,027 | S | 1/2007 | Paulson | |
| D539,830 | S | 4/2007 | Saderholm et al. | |
| D547,794 | S | 7/2007 | Jannard et al. | |
| D550,272 | S | 9/2007 | Markovitz | |
| D552,665 | S | 9/2007 | Mage | |
| D554,689 | S | 11/2007 | Jannard et al. | |
| D556,818 | S | 12/2007 | Jannard et al. | |
| D558,816 | S | 1/2008 | Yee | |
| D561,810 | S | 2/2008 | Fox et al. | |
| D575,323 | S | * 8/2008 | Jannard et al. | ............. D16/326 |
| D604,759 | S | * 11/2009 | Rohrbach et al. | .......... D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)                 **CLAIM**

The ornamental design for an eyeglass front, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass front of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom elevational view thereof.

**1 Claim, 3 Drawing Sheets**



**EXHIBIT C**
**Page 12**



# FIG. 1

**EXHIBIT C**
**Page 13**



*FIG. 2*



*FIG. 3*

*FIG. 4*

EXHIBIT C
Page 14



*FIG. 5*

*FIG. 6*

**EXHIBIT C**
**Page 15**

# EXHIBIT D

US00D620970S

(12) **United States Design Patent** 
Thixton

(10) Patent No.: **US D620,970 S**
(45) Date of Patent: ** **Aug. 3, 2010**

(54) **EYEGLASS COMPONENT**

(75) Inventor: **Lek Thixton**, Eastsound, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/348,088**

(22) Filed: **Nov. 25, 2009**

**Related U.S. Application Data**

(62) Division of application No. 29/315,956, filed on Aug. 10, 2009, now Pat. No. Des. 610,604.

(51) **LOC (9) Cl.** .................................. **16-06**
(52) **U.S. Cl.** ....................................... **D16/326**
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153, 45–46; 2/426–432, 447–449, 2/441, 436, 434–437, 13, 15; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D204,812 S | | 5/1966 | Shindler |
| D210,418 S | | 3/1968 | Bloch |
| D377,803 S | | 2/1997 | Wilson |
| D378,375 S | | 3/1997 | Tsai |
| D390,589 S | | 2/1998 | Simioni |
| D397,351 S | | 8/1998 | Simioni |
| D400,230 S | | 10/1998 | Arnette |
| D406,858 S | | 3/1999 | Arnette |
| D411,560 S | | 6/1999 | Arnette |
| D415,515 S | | 10/1999 | Arnette et al. |
| D420,035 S | | 2/2000 | Hartman |
| D422,010 S | | 3/2000 | Arnette |
| D430,591 S | | 9/2000 | Arnette |
| D488,499 S | | 4/2004 | Mage |
| D500,781 S | | 1/2005 | Mage |
| D534,573 S | | 1/2007 | Mage |
| D536,027 S | | 1/2007 | Paulson |
| D539,830 S | | 4/2007 | Saderholm et al. |

| | | | | |
|---|---|---|---|---|
| D547,794 S | | 7/2007 | Jannard et al. | |
| D548,269 S | * | 8/2007 | Baden et al. | ............... D16/326 |
| D550,272 S | | 9/2007 | Markovitz | |
| D552,665 S | | 9/2007 | Mage | |
| D554,689 S | | 11/2007 | Jannard et al. | |
| D556,818 S | | 12/2007 | Jannard et al. | |
| D558,816 S | | 1/2008 | Yee | |
| D561,810 S | | 2/2008 | Fox et al. | |
| D568,371 S | * | 5/2008 | Chen | ......................... D16/323 |
| D575,323 S | * | 8/2008 | Jannard et al. | ............. D16/335 |
| D575,813 S | * | 8/2008 | Li | ............................. D16/326 |
| D577,759 S | * | 9/2008 | Yee | ............................ D16/326 |

(Continued)

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass component of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side lateral elevational view thereof, the right-side lateral elevational view being a mirror image thereof;

FIG. **5** is a right-side medial elevational view thereof, the left-side medial elevational view being a mirror image thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom elevational view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT D**
**Page 16**

**US D620,970 S**

Page 2

U.S. PATENT DOCUMENTS

D585,928  S   *   2/2009   Markovitz  .................  D16/326
D594,052  S   *   6/2009   Yang  ........................  D16/326
D595,333  S   *   6/2009   Markovitz et al.  .........  D16/321

D604,759  S   *   11/2009   Rohrbach et al.  ..........  D16/335
D606,113  S   *   12/2009   Daems et al.  ..............  D16/326

* cited by examiner

**EXHIBIT D**
**Page 17**



*FIG. 1*

U.S. Patent          Aug. 3, 2010          Sheet 2 of 4          US D620,970 S



**FIG. 2**

**FIG. 3**

**FIG. 4**

**FIG. 5**

**U.S. Patent**          Aug. 3, 2010          Sheet 3 of 4          US D620,970 S



*FIG. 6*

**U.S. Patent**          Aug. 3, 2010          Sheet 4 of 4          US D620,970 S



## *FIG. 7*

# EXHIBIT E

US00D649579S

(12) **United States Design Patent**   (10) **Patent No.:**  **US D649,579 S**
Thixton   (45) **Date of Patent:**  \*\* **Nov. 29, 2011**

(54) **EYEGLASS**

(75) Inventor: **Lek Thixton**, Eastsound, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/391,383**

(22) Filed: **May 6, 2011**

(51) **LOC (9) Cl.** .................................. **16-06**
(52) **U.S. Cl.** ..................................... **D16/321**; D16/326
(58) **Field of Classification Search** ................ D16/101,
D16/300–342, 900; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–123,
351/140, 153, 45–46; 2/426–432, 447–449,
2/441, 434–437, 13, 15; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D178,178 S | | 7/1956 | Fleming |
| D192,885 S | | 5/1962 | Pettito |
| D210,418 S | | 3/1968 | Bloch et al. |
| D218,569 S | | 9/1970 | McCracken |
| D244,281 S | \* | 5/1977 | Teufelhart .................... D16/326 |
| D380,766 S | | 7/1997 | Simioni |
| D488,499 S | \* | 4/2004 | Mage ........................ D16/326 |
| D497,934 S | | 11/2004 | Sheldon |
| D534,573 S | \* | 1/2007 | Mage ........................ D16/326 |
| D539,833 S | | 4/2007 | Chuang |
| D545,348 S | \* | 6/2007 | Chen ........................ D16/326 |
| D545,868 S | | 7/2007 | Chuang |
| D550,272 S | | 9/2007 | Markovitz |
| D554,689 S | | 11/2007 | Jannard et al. |
| D555,705 S | | 11/2007 | Chuang |
| D561,809 S | | 2/2008 | Yee |
| D561,811 S | \* | 2/2008 | Fox et al. ................... D16/326 |
| D561,812 S | \* | 2/2008 | Fox et al. ................... D16/325 |
| D561,813 S | \* | 2/2008 | Baden et al. ................ D16/325 |
| D569,412 S | | 5/2008 | Jannard et al. |

| | | | |
|---|---|---|---|
| D570,897 S | | 6/2008 | Fuchs |
| D575,323 S | | 8/2008 | Jannard et al. |
| D581,444 S | | 11/2008 | Jannard et al. |
| D583,405 S | \* | 12/2008 | Chen ........................ D16/326 |
| D585,475 S | | 1/2009 | Yang |
| D586,379 S | \* | 2/2009 | Thixton et al. .............. D16/325 |
| D595,333 S | \* | 6/2009 | Markovitz et al. .......... D16/326 |
| D599,838 S | | 9/2009 | Rohrbach |
| D601,613 S | | 10/2009 | Yee |
| D604,756 S | | 11/2009 | Shin et al. |
| D604,758 S | | 11/2009 | Rohrbach et al. |
| D604,759 S | | 11/2009 | Rohrbach et al. |
| D606,578 S | \* | 12/2009 | Markovitz et al. .......... D16/320 |
| D607,040 S | | 12/2009 | Rohrbach |
| D610,603 S | | 2/2010 | Thixton |
| D610,604 S | | 2/2010 | Thixton |
| D616,013 S | | 5/2010 | Reed |
| D616,919 S | | 6/2010 | Thixton |
| D620,970 S | | 8/2010 | Thixton |
| D622,304 S | | 8/2010 | Baden et al. |
| D629,830 S | \* | 12/2010 | Markovitz et al. .......... D16/326 |
| D636,010 S | | 4/2011 | Moritz |

\* cited by examiner

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **CLAIM**

The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass of the present invention;
FIG. **2** is a front elevational view of the eyeglass of FIG. **1**;
FIG. **3** is a rear elevational view of the eyeglass of FIG. **1**;
FIG. **4** is a left side elevational view of the eyeglass of FIG. **1**, the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view of the eyeglass of FIG. **1**; and,
FIG. **6** is a bottom plan view of the eyeglass of FIG. **1**.

**1 Claim, 4 Drawing Sheets**





## FIG. 1



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**

# *FIG. 6*



# EXHIBIT F

US00D557326S

(12) **United States Design Patent**

Jannard et al.

(10) Patent No.: **US D557,326 S**

(45) Date of Patent: ** **Dec. 11, 2007**

(54) **EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/288,607**

(22) Filed: **Jun. 15, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/262,974, filed on Jul. 14, 2006.

(51) **LOC (8) Cl.** ................................. **16-06**
(52) **U.S. Cl.** .................................... **D16/326**
(58) **Field of Classification Search** ............. D16/101, D16/300–334, 335, 336–330, 332–338, 341, D16/342; D21/190; D24/110.2; 2/12, 13, 2/426, 432, 434–437, 441, 447–449, 453; 351/41, 44, 47, 51, 61–63, 83, 89, 90, 158; D14/137, 156, 157, 168, 169, 188, 189–199, D14/265, 446; D27/148; 359/618; 381/327
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 S | | 1/1959 | Darr |
| D190,884 S | | 7/1961 | Rose et al. |
| D192,884 S | | 5/1962 | Pettito |
| D198,939 S | | 8/1964 | Huggins |
| D200,734 S | | 3/1965 | Zurich |
| D200,735 S | | 3/1965 | Mitchell |
| D202,658 S | | 10/1965 | Pettito |
| D209,892 S | * | 1/1968 | McCracken ................ D12/605 |
| 3,591,263 A | * | 7/1971 | Esterson ..................... 351/44 |
| 4,703,522 A | * | 11/1987 | Schurle et al. ................. 2/432 |
| D372,726 S | | 8/1996 | Simioni |
| D399,866 S | * | 10/1998 | Yee ............................ D16/330 |
| D420,035 S | * | 2/2000 | Hartman ................... D16/325 |
| D425,103 S | * | 5/2000 | Yee et al. .................. D16/326 |

| | | | |
|---|---|---|---|
| 6,233,342 B1 | | 5/2001 | Fernandez |
| D461,834 S | * | 8/2002 | Jannard et al. ............ D16/326 |
| D462,375 S | * | 9/2002 | Baden et al. .............. D16/326 |
| D464,669 S | * | 10/2002 | Thixton et al. ........... D16/326 |
| D470,166 S | * | 2/2003 | Yee et al. .................. D16/326 |
| D473,892 S | * | 4/2003 | Thixton et al. ............ D16/314 |
| D484,173 S | | 12/2003 | Jannard et al. |
| D485,570 S | * | 1/2004 | Teng ........................ D16/314 |
| D489,394 S | | 5/2004 | Teng |
| D497,380 S | * | 10/2004 | Thixton et al. ........... D16/326 |
| D505,151 S | * | 5/2005 | Windham ................. D16/326 |
| D514,613 S | | 2/2006 | Jannard et al. |
| D523,461 S | | 6/2006 | Jannard et al. |
| 7,182,459 B1 | * | 2/2007 | Chen ...................... 351/158 |
| D539,830 S | * | 4/2007 | Saderholm et al. ........ D16/326 |
| D542,330 S | * | 5/2007 | Elmore ..................... D16/326 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard et al.

(Continued)

*Primary Examiner*—T. Chase Nelson
*Assistant Examiner*—Barbara B Lohr
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





**US D557,326 S**

Page 2

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/262,974, Jannard et al.
Asia Pacific Trading Co., Inc. *Fashion Plastic Collection II,* Asia Pacific Trading Co. Catalogue 1999-2000, p. 31.

Asia Pacific Trading Co., Inc. *Metal & Plastic Combination V,* Asia Pacific Trading Co. Catalogue 1999-2000, p. 2.
Berthet-Bondet. *B.B. sol 1968,* Sunglass Catalogue, p. 2, 10.
Optical Journal & Review of Optometry, Nov. 1, 1971, p. 12.

\* cited by examiner




## FIG. 1

 

## *FIG. 2*

 

## *FIG. 3*



## *FIG. 4*



*FIG. 5*



## *FIG. 6*

# EXHIBIT G

US00D661339S

(12) **United States Design Patent**  
Thixton et al.

(10) Patent No.: **US D661,339 S**  
(45) Date of Patent: ** **Jun. 5, 2012**

(54) **EYEGLASS**

(75) Inventors: **Lek Thixton**, Eastsound, WA (US);  
**Peter Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/407,957**

(22) Filed: **Dec. 5, 2011**

(51) LOC (9) Cl. .................................................. **16-06**

(52) U.S. Cl. ...................... **D16/321**; D16/326; D16/335

(58) **Field of Classification Search** ................. D16/101,  
D16/300–342, 900; D29/109–110; D24/110.2;  
351/41, 44, 51–52, 62, 158, 92, 103–123,  
351/140, 153, 45–46; 2/426–432, 447–449,  
2/441, 434–437, 13, 15; D21/483, 659–661;  
D14/372  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D178,178 S | 7/1956 | Fleming | |
| D192,885 S | 5/1962 | Pettito | |
| D210,418 S | 3/1968 | Bloch et al. | |
| D218,569 S | 9/1970 | McCracken | |
| D380,766 S | 7/1997 | Simioni | |
| D497,934 S | 11/2004 | Sheldon | |
| D539,833 S | 4/2007 | Chuang | |
| D542,330 S * | 5/2007 | Elmore | D16/326 |
| D545,868 S | 7/2007 | Chuang | |
| D549,270 S * | 8/2007 | Daems et al. | D16/321 |
| D550,272 S | 9/2007 | Markovitz | |
| D554,688 S * | 11/2007 | Elmore | D16/326 |
| D554,689 S | 11/2007 | Jannard et al. | |
| D555,705 S | 11/2007 | Chuang | |
| D561,809 S | 2/2008 | Yee | |
| D561,813 S * | 2/2008 | Baden et al. | D16/325 |
| D569,412 S | 5/2008 | Jannard et al. | |
| D570,897 S | 6/2008 | Fuchs | |
| D575,323 S | 8/2008 | Jannard et al. | |
| D577,759 S | 9/2008 | Yee | |

| | | | |
|---|---|---|---|
| D581,444 S | 11/2008 | Jannard et al. | |
| D585,475 S | 1/2009 | Yang | |
| D586,379 S * | 2/2009 | Thixton et al. | D16/325 |
| D599,838 S | 9/2009 | Rohrbach | |
| D601,613 S | 10/2009 | Yee | |
| D601,614 S * | 10/2009 | Mouclier | D16/321 |
| D604,756 S | 11/2009 | Shin et al. | |
| D604,758 S | 11/2009 | Rohrbach et al. | |
| D604,759 S | 11/2009 | Rohrbach et al. | |
| D607,040 S | 12/2009 | Rohrbach | |
| D610,603 S | 2/2010 | Thixton | |
| D610,604 S | 2/2010 | Thixton | |
| D616,013 S | 5/2010 | Reed | |
| D616,919 S | 6/2010 | Thixton | |
| D620,970 S | 8/2010 | Thixton | |
| D622,302 S * | 8/2010 | Yee | D16/314 |
| D622,304 S | 8/2010 | Baden et al. | |
| D633,550 S | 3/2011 | Chou | |
| D636,010 S | 4/2011 | Moritz | |
| D648,771 S | 11/2011 | Rohrbach | |
| D649,579 S | 11/2011 | Thixton | |

* cited by examiner

*Primary Examiner* — Raphael Barkai  
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **CLAIM**  
The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass of the present invention;  
FIG. **2** is a front elevational view thereof;  
FIG. **3** is a rear elevational view thereof;  
FIG. **4** is a left side elevational view thereof, the right side elevational view being a mirror image thereof;  
FIG. **5** is a top plan view thereof; and,  
FIG. **6** is a bottom plan view thereof.  
The broken line portions of the drawings are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT G**  
**Page 33**



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



**FIG. 5**



FIG. 6